UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEITH J. OFFORD, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:26-CV-0948-X-BN |
| | § | |
| FELIPE MARTINEZ, JR. et al., | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 5). Neither party filed objections. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, the Plaintiff's case will be **DISMISSED WITHOUT PREJUDICE** to it being asserted again once the *Heck v. Humphrey*, 512 U.S. 477 (1994), conditions are met.

**IT IS SO ORDERED** this 12th day of November, 2026.



BRANTLEY STARR
UNITED STATES DISTRICT JUDGE